**1629** BOARD OF AUDITORS (Wayne) vs. CARLETON (Co. Treas.), No. 13274.

To compel respondent to turn over certain tax abstract books, which had been purchased by relators from a former treasurer, and from which respondent claimed the right to make abstracts as applied for, and to charge a fee therefor, relators having appoint-

ed an abstract clerk to have charge of that business, whose duty it was to turn over all fees received into the county treasury.

Granted January 18, 1893, with costs.